**Robert D. HEROD and Paula**
**J. Herod, Appellants,**

v.

**Darrell HINDMAN, individually, Century 21 Clifford Hindman Real Estate Company, JCTB Services, Inc. and The Branman Corporation, Respondents.**

No. ED 82566.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 23, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 24, 2003.

Application for Transfer Denied
Jan. 27, 2004.

1. Stephenson's Motion to Strike portions of       Helderle's brief is hereby granted.

**598**

Paul F. Devine, Jeffrey R. Wolfe, Vatterott, Shaffar & Dolan, P.C., Maryland Heights, MO, for Appellants.

Mark A. Gonnerman, Helfrey, Simon & Jones, P.C., Terese A. Drew, Hinshaw, Culbertson, Ronald D. Robinson, Mark F. Mueller, Amelung, Wulff & Willenbrock, P.C., St. Louis, MO, for Respondents.

Before GARY M. GAERTNER, SR., P.J., ROBERT G. DOWD, JR., J. and MARY R. RUSSELL, J.

### ORDER

PER CURIAM.

Appellants, Robert D. Herod and Paula J. Herod ("plaintiffs"), appeal the judgment of the Circuit Court of St. Louis County granting respondents', Darrell Hindman, Century 21 Clifford Hindman Real Estate Co., JCTB Services, Inc. and The Branman Corporation ("defendants"), motions for summary judgment. Plaintiffs brought suit against defendants for fraudulent misrepresentation and negligent misrepresentation. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).